1  Mark B. Wilson – CA Bar No. 137400
   Amy H. Nguyen – CA Bar No. 307617
2  KLEIN & WILSON
   A Partnership of Professional Corporations
3  4770 Von Karman Avenue
   Newport Beach, California 92660
4  (949) 631-3300; Facsimile (949) 631-3703
   wilson@kleinandwilson.com; anguyen@kleinandwilson.com
5
   Marc E. Hankin – CA Bar No. 170505
6  Anooj Patel – CA Bar No. 300297
   Hankin Patent Law, APC
7  12400 Wilshire Boulevard, Suite 1265
   Los Angeles, CA 90025
8  (310) 979-3600; Facsimile (310) 979-3603
   marc@hankinpatentlaw.com; anooj@hankinpatentlaw.com
9
10 Attorneys for Plaintiff LS CARLSON LAW PC

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13                    SOUTHERN DIVISION

14 | LS CARLSON LAW PC, a California corporation, | CASE NO.: 8:21-cv-00518 JLS (DFMx) |
15 |                                              | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
16 |             Plaintiff,                       |                                     |
17 |      v.                                     |                                     |
18 | MBK CHAPMAN PC, a California corporation; MICHAEL KUSHNER, an individual; WILLIAM CHAPMAN, an individual, ELYSIUM LABORATORIES LLC, a California limited liability company, and DOES 1-10, inclusive, |                                     |
22 |             Defendants.                      |                                     |

23    For good cause shown, the court grants the parties' stipulated protective order.
24 (*See*, ECF No. 53).
25    IT IS SO ORDERED.
26 Dated: August 12, 2021

                                    _____
27                                  HON. DOUGLAS MCCORMICK
                                    United States Magistrate Judge
28

                                    1

639111