UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LS CARLSON LAW PC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MBK CHAPMAN PC, a California corporation; MICHAEL KUSHNER, an individual; WILLIAM CHAPMAN, an individual, ELYSIUM LABORATORIES LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.:  8:21-cv-00518 JLS (DFMx)**<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to the Joint Stipulation to Dismiss Entire Case with Prejudice (Doc. 74) filed by Plaintiff LS Carlson Law PC and Defendants MBK Chapman PC, Michael Kushner, William Chapman, and Elysium Laboratories LLC, IT IS HEREBY ORDERED:

1. The case is DISMISSED WITH PREJUDICE;
2. All pending hearings and deadlines are vacated; and
3. Each party shall bear its or his own fees and costs incurred in connection with this matter.

DATED: June 21, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE